UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT McLAUGHLIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:12 CV 1464 CDP |
| | ) |
| ANNE L. PRECYTHE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Upon consideration of respondent's argument and the factors set out in *Hilton v. Braunskill*, 481 U.S. 770 (1987),

**IT IS HEREBY ORDERED** that respondent's Motion for Stay [111] is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that my order and judgment – that petitioner Scott McLaughlin be resentenced or given a new penalty-phase trial within 180 days of the judgment – are **STAYED** pending completion of appellate and certiorari review.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2019.

---

[1] That the parties have filed cross-notices of appeal does not deprive this Court of jurisdiction to rule on the current motion for stay. *Rakovich v. Wade*, 834 F.2d 673, 674 (7th Cir. 1987).