# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 22, 2019

Mr. Laurence E. Komp
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 300
818 Grand Avenue
Kansas City, MO  64106-0000

  RE:  18-3628  Scott McLaughlin v. Anne Precythe

Dear Counsel:

  Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

         Michael E. Gans
         Clerk of Court

YML

Enclosure(s)

cc: Ms. Caroline Marie Coulter
  Mr. Kent E. Gipson
  Mr. Gregory Michael Goodwin
  Mr. Stephen David Hawke
  Mr. Gregory J. Linhares
  Mr. Scott McLaughlin

   District Court/Agency Case Number(s):  4:12-cv-01464-CDP

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  18-3628
_____

Scott McLaughlin

Petitioner - Appellant

v.

Anne L. Precythe

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-01464-CDP)
_____

## JUDGMENT

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. Appellant's motion for extension of time to file a reply is denied.

The appeal is dismissed.

April 22, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans