# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3510

Scott McLaughlin

Appellee

v.

Anne L. Precythe

Appellant

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-01464-CDP)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

November 19, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans