UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT McLAUGHLIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:12 CV 1464 CDP |
| | ) | |
| ANNE L. PRECYTHE, | ) | |
| | ) | |
| Respondent. | ) | |

# JUDGMENT

In accordance with the Eighth Circuit Court of Appeals' decision as set out in its opinion and judgment entered August 18, 2021, *McLaughlin v. Precythe*, 9 F.4th 819 (8th Cir. 2021), and mandate having issued on the judgment,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the claims raised in petitioner Scott McLaughlin's petition for writ of habeas corpus under 28 U.S.C. § 2254 are **DENIED** in their entirety, and **JUDGMENT** on the petition is entered in favor of respondent Anne L. Precythe.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of November, 2021.